# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

07 JUL 23 AM 7: 26

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| | (For **Revocation** of Probation or Supervised Release) |
| | |
| | CASE NUMBER: 3:98-cr-166-J-25TEM |
| | USM NUMBER: 28071-018 |
| V. | |
| DANIEL STEER | |
| | Defendant's Attorney: R. Calvin Rivers (cja) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s)____One____ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Positive urinalysis for cocaine. | April 2, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 20, 2007

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

DATE: July 20, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant:    DANIEL STEER | Judgment - Page 2 of 2 |
| Case No.:     3:98-cr-166-J-25TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **four (4) months.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

     \_\_\_ at _____ a.m.  p.m.  on _____.

     \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     \_\_\_ before 2 p.m. on _____.

     \_\_\_ as notified by the United States Marshal.

     \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
       DEPUTY UNITED STATES MARSHAL